# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Cornelius May

                          Plaintiff,

v.                                        Case No.: 1:15−cv−06658
                                            Honorable John Robert Blakey

Kelly Services Inc, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2016:

        MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 6/14/2016. Pursuant to the representation of the Parties during the status hearing, this case is hereby dismissed without prejudice. Absent reinstatement by 6/28/2016, the dismissal will convert to one with prejudice without further order of this Court. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.